FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 17 AM 10: 45

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TINA DEPASQUALES, )
 )
    Plaintiff, )
 )
v. )
 )   CASE NO. CV404-96
DOLLAR GENERAL CORPORATION, )
 )
    Defendant. )
 )

## O R D E R

On June 16, 2004, Defendant Dollar General removed this Fair Labor Standards Act action from the State Court of Chatham County to this Court. Two weeks later, Defendant filed a motion to transfer and consolidate pretrial matters with the Judicial Panel on Multidistrict Litigation. On November 9, 2004, the Panel ruled on Defendant's Motion and ordered that this case be consolidated with three other pending cases and transferred to the Northern District of Alabama for pretrial proceedings and discovery.

Because the Court does not anticipate any filings in this case between now and the conclusion of discovery and pretrial proceedings in the Northern District of Alabama, the Clerk is **DIRECTED** to **CLOSE** this case for statistical

purposes. Upon remand from the Panel, the Court will reopen this matter for further proceedings.

SO ORDERED this 17th day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA